# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139133

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSEPH JAMES KELLER,
        Defendant-Appellant.

SC: 139133
COA: 289973
St. Joseph CC: 98-009423-FC

_____/

On order of the Court, the application for leave to appeal the May 5, 2009 order of the Court of Appeals is considered. We DIRECT the defendant's former appellate counsel, David M. Hartsook, to file a supplemental brief addressing the reason(s) for his failure to file an application for leave to appeal in the Court of Appeals. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

d1214